IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CATHERINE CONRAD,

    Plaintiff,

v.

AM COMMUNITY CREDIT UNION,
TODD STREETER, LORI M. SAUCIER,
MIDCOAST UNION NATIONAL
ASSOCIATION/CUNA MANAGEMENT
SCHOOL, CUNA MUTUAL GROUP and
DAVID POLET,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-461-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion to dismiss and dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

8/12/2013  
Date